NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30445
13-JUL-2011
01:39 PM**

NO. 30445

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
REMEDIOS DIONES TAPANAN, Defendant-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CRIMINAL NO. 09-1-1952)


ORDER OF CORRECTION
(By: Ginoza, J. for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on June 16, 2011, is hereby corrected as follows:

1. At page 1, in the seventh line of the caption, the court name "Circuit Court" is changed to "Family Court" so that the caption reads as follows:

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CRIMINAL NO. 09-1-1952)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, July 13, 2011.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Fujise and Ginoza, JJ.